UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:10-bk-05004-CED

Chapter 7

IN RE:                                          :
                                                :
Jesus Chirino                                   :
                                                :
            Debtor.                             :
_____               :

**<u>ORDER GRANTING MOTION BY CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR WELLS FARGO BANK, N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES FOR RELIEF FROM STAY AND ABANDONMENT AND NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING RE:
509 N. Beverly Avenue, Tampa, Florida  33609</u>**

THIS CAUSE came on for consideration pursuant to the Motion By Carrington Mortgage Services, LLC, Servicer And Attorney-In-Fact For Wells Fargo Bank, N.A., As Trustee, For Carrington Mortgage Loan Trust, Series 2006-NC5 Asset-Backed Pass-Through Certificates For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing Re: 509 N. Beverly Avenue, Tampa, Florida 33609, Docket Number 14, filed by CARRINGTON MORTGAGE SERVICES, LLC, a secured creditor in the above-styled cause.  The Court, having considered said Motion, is of the opinion that it is appropriate to enter an Order on such Motion for Relief from Stay.  It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

**Lot 10, Block A, Lincoln Subdivision and the South 4 feet of Lot 9, Block A, Lincoln Subdivision, according to the map or plat thereof as recorded in Plat Book 11, Page 49, of the Public Records of Hillsborough County, Florida**

**a/k/a 509 N. Beverly Avenue, Tampa, Florida  33609**

3. Attorney's fees may not exceed $500.00.

4. ~~The 14-day stay period imposed by F.R.B.P. 4001(a)(3) be waived.~~    CD

5. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above.  Movant shall not seek an *in personam* judgment against Debtor(s).

DATED    May 21, 2010    at Tampa, Florida.

_____
Caryl E. Delano
United States Bankruptcy Judge

Copies furnished to:

Jesus Chirino, 509 N. Beverly Avenue, Tampa, FL   33609

Thomas A. Nanna, Esquire, Thomas A. Nanna, P.A., 8910 N. Dale Mabry Hwy., Suite 1, Tampa, FL   33614-1580

Gilbert Barnett Weisman, Esquire, Becket & Lee, LLP, 16 General Warren Blvd., P. O. Box 3001, Malvern, PA   19355

Angela Welch Esposito, P. O. Box 549, Odessa, FL   33556-0549

United States Trustee – TPA7, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL   33602

BY CARRINGTON MORTGAGE SERVICES, LLC, SERVICER AND ATTORNEY-IN-FACT FOR WELLS FARGO BANK, N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC5 ASSET-BACKED PASS-THROUGH CERTIFICATES

Lawrence M. Weisberg, Esquire
21301 Powerline Road, Suite 100
Boca Raton, FL  33433

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: jonesd            Page 1 of 1             Date Rcvd: May 21, 2010
Case: 10-05004                Form ID: pdfdoc         Total Noticed: 1
```

The following entities were noticed by first class mail on May 23, 2010.
db            +Jesus Chirino,   509 N. Beverly Ave,   Tampa, FL 33609-1409

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2010**             **Signature:**  _/s/ Joseph Speetjens_